IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, a non-profit corporation, DEFENDERS OF WILDLIFE, a non-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, and LT. GEN. ROBERT L. VAN ANTWERP, JR., in his official capacity,<br><br>Defendants. | Case No. 2:11-cv-01650-JAM -JFM<br><br>**ORDER** |

The Court having considered Defendants' Unopposed Application to Shorten Time on Defendants' Motion to Stay Summary Judgment Briefing and for Extension of Time, and good cause appearing,

IT IS ORDERED that Defendants' Application to Shorten Time is granted.

Plaintiffs' response to Federal Defendants' Motion to Stay Summary Judgment Briefing and for Extension of Time shall be due on:  September 7, 2011;

Federal Defendants' reply in support of their Motion to Stay Summary Judgment Briefing and for Extension of Time shall be due on:  September 12, 2011;

The Court will notify the parties if it needs a hearing on this motion.

DATED this  1st day of September, 2011

/s/ John A. Mendez

U. S. DISTRICT COURT JUDGE

Order on Motion to Stay Summary Judgment Briefing
Case No. 2:11-cv-01650-JAM -JFM

PDF created with pdfFactory trial version www.pdffactory.com