# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

FRIENDS OF THE RIVER, a non-profit corporation, DEFENDERS OF WILDLIFE, a non-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,

    Plaintiffs,

    v.

UNITED STATES ARMY CORPS OF ENGINEERS, and MAJOR GENERAL MERDITH W.B. TEMPLE, in his official capacity,

    Defendants.

Case No. 2:11-cv-01650-JAM -JFM

**Order**

    Plaintiffs have filed a motion to continue the Federal Defendants' motion to dismiss and compel production of the Administrative Record. Doc. Nos. 27 & 40. The Federal Defendants have filed an opposition. Doc. No. 37. Upon consideration of the parties' briefing, and having heard and considered the arguments of counsel on January 11, 2012, Plaintiffs' motion is DENIED for the reasons stated at the hearing. As established in the Court's Minute Order (Doc. No. 41), a hearing on the Federal Defendants' Motion to Dismiss (Doc. No. 26) is set for February 22, 2012 at 09:30 AM in Courtroom 6. Opposition and reply briefs relating to the Motion to Dismiss are to be filed pursuant to L.R. 230.

IT IS SO ORDERED.

DATED: 1/24/2012                                         /s/ John A. Mendez
                                                                                 United States District Judge

Order on Plaintiff's Motion to Continue Federal Defendants' Motion to Dismiss
and Compel Production of the Administrative Record
Case No. 2:11-cv-01650-JAM -JFM

PDF created with pdfFactory trial version www.pdffactory.com