UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF FISH AND GAME, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, and MAJ. GEN. MEREDITH W.B. TEMPLE, in his official capacity, <br><br> Defendants. | Case No. 2:12-CV-01396 JAM-EFB <br><br> **RELATED CASE ORDER** |
| FRIENDS OF THE RIVER, a non-profit corporation, DEFENDERS OF WILDLIFE, a non-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. 2:11-CV-01650 JAM-JFM |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge

PDF created with pdfFactory trial version www.pdffactory.com

1  and magistrate judge is likely to affect a substantial savings of
2  judicial effort and is also likely to be convenient for the
3  parties.
4      The parties should be aware that relating the cases under
5  Local Rule 123 merely has the result that these actions are
6  assigned to the same judge and magistrate judge; no consolidation
7  of the actions is effected.
8      IT IS THEREFORE ORDERED that the Magistrate Judge assignment
9  in the action denominated 2:12-CV-01396 JAM-EFB be reassigned to
10 Magistrate Judge John F. Moulds for all further proceedings.
11 Henceforth, the caption on documents filed in the reassigned case
12 shall be shown as 12-CV-01396 JAM-JFM.
13     IT IS SO ORDERED.
14 Dated: June 6, 2012          /s/ John A. Mendez_____
                                JOHN A. MENDEZ
15                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com