UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF FISH AND GAME, ) ) | Case No. 2:12-CV-01396 JAM-EFB |
| ) Plaintiff, ) ) | **RELATED CASE ORDER** |
| v. ) ) | |
| UNITED STATES ARMY CORPS OF ) ENGINEERS, and MAJ. GEN. ) MEREDITH W.B. TEMPLE, in his ) official capacity, ) ) | |
| Defendants. ) | |
| FRIENDS OF THE RIVER, a non- ) profit corporation, DEFENDERS OF ) WILDLIFE, a non-profit ) corporation, and CENTER FOR ) BIOLOGICAL DIVERSITY, a non- ) profit corporation, ) ) | Case No. 2:11-CV-01650 JAM-JFM |
| ) Plaintiffs, ) ) | |
| v. ) ) | |
| UNITED STATES ARMY CORPS OF ) ENGINEERS, et al., ) ) | |
| Defendants. ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge

1

PDF created with pdfFactory trial version www.pdffactory.com

and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the Magistrate Judge assignment in the action denominated 2:12-CV-01396 JAM-EFB be reassigned to Magistrate Judge John F. Moulds for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as 12-CV-01396 JAM-JFM.

IT IS SO ORDERED.

Dated: June 6, 2012           /s/ John A. Mendez_____
                              JOHN A. MENDEZ
                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com