IGNACIA S. MORENO
Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF THE RIVER, DEFENDERS OF WILDLIFE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　Plaintiffs,<br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>　Defendants. | Case No. 2:11-cv-01650-JAM -JFM<br><br>**STIPULATION AND PROPOSED ORDER RE VACATION OF BRIEFING SCHEDULE** |

On July 9, 2012, this Court entered a briefing schedule for cross-motions for summary judgment in accordance with the schedule the parties proposed in their Joint Status Report, filed July 6, 2012. The parties hereby stipulate that the Court vacate the briefing schedule because the Defendants need additional time to file the administrative record in this case and *California Department of Fish & Game v. United States Army Corps of Engineers*, 2:12-cv-1396-JAM-JFM and further modifications to the schedule may be necessary. The parties also stipulate that Defendants shall have until November 9, 2012, to file the administrative record in this case and *California Department of Fish & Game*, and that the parties will file a supplemental joint status report proposing a new briefing schedule sixty days after the administrative record is filed.

Respectfully submitted this 7th day of September, 2012,

 *s/ per authorization given on 9/7/2012*
E. Robert Wright (CA Bar No 51861)
Senior Counsel
Friends of the River
1418 20th St., Suite 100
Sacramento, California 95811
Tel: (916) 442-3155
Fax: (916) 442-3396

Lisa T. Belenky (CA Bar No. 203225)
D. Adam Lazar (CA Bar No. 237485)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
alazar@biologicaldiversity.org

Jason Rylander (*Pro hac vice*)
Defenders of Wildlife
1130 17th Street N.W.
Washington D.C. 20036-4604
Tel: (202) 682-9400 x145
Fax: (202) 682-1331
 jrylander@defenders.org

Stipulation and Proposed Order Re Vacation of Briefing Schedule
Case No. 2:11-cv-01650-JAM -JFM

1

*Attorneys for Plaintiffs*

  *s/ Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

John H. Martin, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

*Attorneys for Defendants*

    IT IS SO ORDERED.

Dated: 9/10/2012                      /s/ John A. Mendez
                                         John A. Mendez
                                         United States District Court Judge