Ignacia S. Moreno, Assistant Attorney General
Devon Lehman McCune, Trial Attorney
John H. Martin, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov
Email: john.h.martin@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, DEFENDERS OF WILDLIFE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiffs,<br>     v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al*.,<br><br>  Defendants. | Case No. 2:11-cv-01650-JAM -JFM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD** |

Stipulation and Proposed Order for Extension
of Time to File Administrative Record                                i
Case No. 2:11-cv-01650-JAM -JFM

On September 10, 2012, this Court signed an order entering the stipulation by the parties that Defendants have until November 9, 2012, to file the administrative record in this case. All parties in this case have stipulated that the time for the filing of the administrative record be extended to and including January 25, 2013.

Defendants need additional time to file the administrative record in this case and *California Department of Fish & Game v. United States Army Corps of Engineers*, 2:12-cv-1396-JAM-JFM. Defendants are working to complete the administrative record, but have encountered a number of delays, largely associated with the size of the record. Currently, Defendants' best estimate is that the record is about 840 gigabytes of electronic data, amounting to approximately 7.5 million pages. Defendants are working with a contractor to upload, index, and otherwise process the administrative record and have been informed by the contractor that production on November 9, 2012, is not possible. As one example of the need for additional time, the contractor found that some of the uploaded information to be processed was quantitative sampling and testing data in a format that was not intelligible outside of the engineering applications for which it was used. As a result, the processing of that data took much longer than expected.

Based on a work plan with a sequence of tasks developed between Defendants and their contractor, Defendants expect that they will be able to produce the administrative record to Plaintiff on or before January 25, 2013, and request an extension of time until that date. Additionally, the parties propose that sixty days after the administrative record is filed, the parties will file a supplemental joint status report with this Court proposing a new briefing schedule.

Respectfully submitted this 9th day of November, 2012,

*s/ Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202

Stipulation and Proposed Order for Extension of Time to File Administrative Record
Case No. 2:11-cv-01650-JAM -JFM

1

```
                                    Tel: (303) 844-1487
                                    Fax: (303) 844-1350
                                    Email: devon.mccune@usdoj.gov

                                    John H. Martin, Trial Attorney
                                    U.S. Department of Justice
                                    Environment and Natural Resources Division
                                    Wildlife and Marine Resources Section
                                    999 18th Street, South Terrace Suite 370
                                    Denver, CO 80202
                                    Tel: (303) 844-1383
                                    Fax: (303) 844-1350
                                    Email: john.h.martin@usdoj.gov

                                    *Attorneys for Defendants*


                                     s/ per authorization given on 11/09/2012
                                    Jason Rylander (*Pro hac vice*)
                                    Defenders of Wildlife
                                    1130 17th Street N.W.
                                    Washington D.C. 20036-4604
                                    Tel: (202) 682-9400 x145
                                    Fax: (202) 682-1331
                                     jrylander@defenders.org

                                    E. Robert Wright (CA Bar No 51861)
                                    Senior Counsel
                                    Friends of the River
                                    1418 20th St., Suite 100
                                    Sacramento, California 95811
                                    Tel: (916) 442-3155
                                    Fax: (916) 442-3396

                                    Lisa T. Belenky (CA Bar No. 203225)
                                    D. Adam Lazar (CA Bar No. 237485)
                                    Center for Biological Diversity
                                    351 California St., Suite 600
                                    San Francisco, CA 94104
                                    (415) 436-9682 x307
                                    Fax: (415) 436-9683
                                    lbelenky@biologicaldiversity.org
                                    alazar@biologicaldiversity.org

                                    *Attorneys for Plaintiffs*
```

Stipulation and Proposed Order for Extension
of Time to File Administrative Record
Case No. 2:11-cv-01650-JAM -JFM

2

1 | IT IS SO ORDERED.

2 | Dated: 11/13/2012

3 | /s/ John A. Mendez
United States District Court Judge
4 | John A. Mendez

28 | Stipulation and Proposed Order for Extension of Time to File Administrative Record
Case No. 2:11-cv-01650-JAM -JFM

3