IGNACIA S. MORENO
Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF THE RIVER, DEFENDERS OF WILDLIFE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiffs,<br>     v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>  Defendants. | Case No. 2:11-cv-01650-JAM -JFM<br><br>**JOINT STATUS REPORT AND STIPULATION** |

     Pursuant to stipulation and this Court's January 18, 2013 Order (Doc No. 68) the parties, by and through their undersigned counsel, hereby submit the following Joint Status Report proposing steps to be taken by Defendants in the next several weeks to complete the Administrative Record in this case. In support of their proposal to file their next joint status report on July 15, 2013, the Parties hereby state as follows:

     1. Defendants certified and filed the Administrative Record with the Court on March 15, 2013. Doc. No. 69. The Administrative Record is unusually voluminous and consists of over 800,000 pages. Nonetheless, as explained in paragraph 3, the parties agree that the Administrative Record is not yet complete.

     2. In the time since Defendants produced the Administrative Record to Plaintiffs, the parties have conferred, and continue to confer, in an effort to amicably resolve several issues Plaintiffs have raised regarding the organization and completeness of the Administrative Record.

     3. As a result of the parties' ongoing discussions regarding the Administrative Record, Defendants plan to take further steps within the next few weeks to address several of these outstanding concerns. In particular, Defendants plan to produce: (a) over 5,400 additional documents originally withheld from the Administrative Record as privileged; (b) a revised privilege log for the remaining 3,221 documents Defendants claim as privileged; and (c) a revised index containing the newly produced documents, as well as additional information for certain other documents in the Administrative Record.

     4. As a result of Defendants' forthcoming productions and revisions to the Administrative Record and the parties' continuing discussions over the Administrative Record, the parties agree that it is premature to propose a schedule for motion practice regarding the Administrative Record or for dispositive motions. The parties propose instead that they file a Joint Status Report on July 15, 2013, proposing a schedule for further briefing.

     WHEREFORE, the parties respectfully request that this Court issue an Order that the parties file a Joint Status Report on July 15, 2013 proposing a schedule for further briefing.

Respectfully submitted,

Dated: May 14, 2013

<u>*Jason Rylander (by permission May 14, 2013*</u>)
E. Robert Wright (CA Bar No 51861)
Senior Counsel
Friends of the River
1418 20th St., Suite 100
Sacramento, California 95811
Tel: (916) 442-3155
Fax: (916) 442-3396

Lisa T. Belenky (CA Bar No. 203225)
D. Adam Lazar (CA Bar No. 237485)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
alazar@biologicaldiversity.org

Jason Rylander (*Pro hac vice*)
Defenders of Wildlife
1130 17th Street N.W.
Washington D.C. 20036-4604
Tel: (202) 682-9400 x145
Fax: (202) 682-1331
jrylander@defenders.org

*Attorneys for Plaintiffs*

<u>/s/ Devon Lehman McCune</u>
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

John H. Martin, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section

Joint Status Report and Stipulation
Case No. 2:11-cv-01650-JAM –JFM                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

*Attorneys for Defendants*

IT IS SO ORDERED.

Date:  5/15/2013

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE