Robert G. Dreher, Acting Assistant Attorney General
Devon Lehman McCune, Trial Attorney
John H. Martin, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov
Email: john.h.martin@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, DEFENDERS OF WILDLIFE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　Plaintiffs,<br>　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>　　Defendants. | Case No. 2:11-cv-01650-JAM -JFM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Stipulation and Proposed Order for Extension
of Time to File Joint Status Report
Case No. 2:11-cv-01650-JAM -JFM

Pursuant to stipulation and this Court's May 16, 2013 Order (Doc. No. 71), the parties, by and through their undersigned counsel, hereby request a fourteen day extension of time, from July 15, 2013 to July 29, 2013, to file their next joint status report. In support of their request, the parties hereby state as follows:

1. On May 14, 2013, the parties filed a joint status report proposing July 15, 2013 as the date for the parties' next status report to this Court. Doc. No. 70. On May 16, 2013, the Court approved the stipulation and ordered July 15, 2013 as the date for the parties' next status report to this Court. Doc. No. 71.

2. Counsel for the parties have conferred over the past several weeks regarding the Administrative Record and to discuss preparation of a joint status report. Undersigned counsel have had, and over the next couple of weeks will have, overlapping absences from the office due to travel and vacation plans. Accordingly, in order to allow counsel sufficient time to confer about the appropriate next steps in this case, the parties request a two week extension of time until July 29, 2013, to file the Joint Status Report.

Respectfully submitted this 8th day of July, 2013,

*/s/ John H. Martin*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

John H. Martin, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350

Stipulation and Proposed Order for Extension
of Time to File Joint Status Report
Case No. 2:11-cv-01650-JAM -JFM

Email: john.h.martin@usdoj.gov

*Attorneys for Defendants*

<u>E. Robert Wright (by permission July 8, 2013)</u>
Jason Rylander (*Pro hac vice*)
Defenders of Wildlife
1130 17th Street N.W.
Washington D.C. 20036-4604
Tel: (202) 682-9400 x145
Fax: (202) 682-1331
jrylander@defenders.org

E. Robert Wright (CA Bar No 51861)
Senior Counsel
Friends of the River
1418 20th St., Suite 100
Sacramento, California 95811
Tel: (916) 442-3155
Fax: (916) 442-3396

Lisa T. Belenky (CA Bar No. 203225)
D. Adam Lazar (CA Bar No. 237485)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
alazar@biologicaldiversity.org

*Attorneys for Plaintiffs*

Stipulation and Proposed Order for Extension
of Time to File Joint Status Report
Case No. 2:11-cv-01650-JAM -JFM

1  IT IS SO ORDERED.

2

3  DATED:  7/8/2013                              /s/ John A. Mendez_____
                                                 United States District Court Judge
4                                                John A. Mendez

28  Stipulation and Proposed Order for Extension
of Time to File Joint Status Report
Case No. 2:11-cv-01650-JAM -JFM