mRobert G. Dreher, Acting Assistant Attorney General
Devon Lehman McCune, Trial Attorney
John H. Martin, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov
Email: john.h.martin@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, DEFENDERS OF WILDLIFE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br> Plaintiffs,<br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br> Defendants. | Case No. 2:11-cv-01650-JAM-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF MOTION HEARING** |

Pursuant to stipulation, L.R. 143 and 251, and the Court's August 5, 2013 Order (Doc. No. 75), the parties, by and through their undersigned counsel, hereby request a fourteen day continuance, from August 21, 2013, to September 4, 2013, of the hearing before Magistrate Judge Allison Claire on Plaintiffs' motion to compel production of the administrative record as presented in the Fourth Joint Status Report.  In support of their request, the parties hereby state as follows:

1.  In the time since the Court's August 5, 2013, order (Doc. No. 75) setting the motion to compel for hearing on August 21, 2013, counsel for the parties have had several productive discussions regarding Plaintiffs' issues with the Administrative Record, Defendants' responses, and options to resolve those differences.

2.  The parties seek this continuance to allow them additional time to confer and attempt to resolve their differences.  As the parties' discussions have proceeded, they have been able to more specifically identify their concerns with the Administrative Record and additional options for proceeding. This requested extension will permit the parties to confer further about resolving their differences and also enable the parties to submit, if finally necessary, a Joint Statement re Discovery Disagreement that explains the basis for the parties' remaining differences with greater precision.

Accordingly, in order to allow counsel additional time to confer about their differences regarding the Administrative Record, the parties request a two week continuance until September 4, 2013, of the hearing before Magistrate Judge Allison Claire on Plaintiffs' motion to compel production of the administrative record as presented in the Fourth Joint Status Report.

Respectfully submitted this 14th day of August, 2013,

*/s/ John H. Martin*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202

1                        Tel: (303) 844-1487
                          Fax: (303) 844-1350

2                        Email: devon.mccune@usdoj.gov

3                        John H. Martin, Trial Attorney

4                        U.S. Department of Justice
                       Environment and Natural Resources Division

5                        Wildlife and Marine Resources Section

6                        999 18th Street, South Terrace Suite 370
                       Denver, CO 80202

7                        Tel: (303) 844-1383
                       Fax: (303) 844-1350

8                        Email: john.h.martin@usdoj.gov

9                        *Attorneys for Defendants*

10                      */s/ Jason Rylander (by permission Aug. 14, 2013)*

11                      Jason Rylander (*Pro hac vice*)
                       Defenders of Wildlife

12                      1130 17th Street N.W.
                     Washington D.C. 20036-4604

13                      Tel: (202) 682-9400 x145

14                      Fax: (202) 682-1331
                      jrylander@defenders.org

15                      E. Robert Wright (CA Bar No 51861)

16                      Senior Counsel
                     Friends of the River

17                      1418 20th St., Suite 100
                     Sacramento, California 95811

18                      Tel: (916) 442-3155

19                      Fax: (916) 442-3396

20                      Lisa T. Belenky (CA Bar No. 203225)

21                      D. Adam Lazar (CA Bar No. 237485)
                     Center for Biological Diversity

22                      351 California St., Suite 600
                     San Francisco, CA 94104

23                      (415) 436-9682 x307

24                      Fax: (415) 436-9683
                     lbelenky@biologicaldiversity.org

25                      alazar@biologicaldiversity.org

26                      *Attorneys for Plaintiffs*

27

28

Stipulation and Proposed Order for Continuance of Motion Hearing
Case No. 2:11-cv-01650-JAM -AC

IT IS SO ORDERED.

August 15, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE